# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Erwin Lockridge, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Mountain West Oilfield Service and | ) | |
| Supplies, Inc. and Civeo USA, LLC, | ) | |
| | ) | Case No. 1:15-cv-065 |
| Defendants. | ) | |

Before the court are motions for attorneys Glenn H. Schlabs and Beth Ann Lennon to appear *pro hac vice* on behalf of defendants Mountain West Oilfield Service and Supplies, Inc. and Civeo USA, LLC. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Glenn H. Schlabs and Beth Ann Lennon have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Defendants' motions (Docket Nos. 4-5) are **GRANTED**. Attorneys Glenn H. Schlabs and Beth Ann Lennon are admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge